UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:14-mj-686-NJK |
|---|---|
| Plaintiff, | **ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES** |
| vs. | |
| MICHAEL INGLI, | |
| Defendant. | |

On the motion of defendant MICHAEL INGLI, made pursuant to 18 U.S.C. §4285, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal shall arrange for the defendant's non-custodial transportation, from Las Vegas, Nevada, to Norfolk, Virginia, on or before Friday, November 7, 2014, at 9:00 a.m., to appear in the Eastern District of Virginia, 600 Granby Street, Norfolk, VA, 23510, to appear in court in the above-entitled matter and present himself to the United States Marshals office by 8:30 a.m on November 7, 2014 located at 600 Granby Street, Norfolk, Virginia, 23510.

IT IS FURTHER ORDERED that the United States Marshal shall furnish the defendant with an amount of money for necessary subsistence expenses while en route to his destination, not to exceed the amount authorized as a per diem allowance for travel expenses under 5 U.S.C. §5702(a).

DATED this 27th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

3